# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY WRIGHT ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | **JUDGMENT** |
| ) | |
| ) | No. 7:17-CV-89-FL |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 25, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $3,900.00.

**This Judgment Filed and Entered on September 26, 2018, and Copies To:**

Kristin G. Oakley  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Stephen F. Demetruk, Jr.  (via CM/ECF Notice of Electronic Filing)

September 26, 2018                PETER A. MOORE, JR., CLERK
                                   /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk